**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LESHAWN DAWSON, on behalf of himself
and all others similarly situated,

Docket No:   1:19-cv-01350-ALC

                    Plaintiffs,

**NOTICE OF SETTLEMENT**

          -against-

DEPOP INC.,

                    Defendant.

Now comes the Plaintiff LESHAWN DAWSON by and through counsel, to provide notice to the

Court that the present cause has been settled between the parties, and state that:

1. A Settlement Agreement and Consent Order are in the process of being finalized. Once

   the documents are fully executed, the parties intend on filing the Proposed Consent Order

   with the Court, requesting that the Court So Order same.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines

   and conferences.

                                        Respectfully submitted,

                                        By: /s/ Joseph H. Mizrahi
                                        Cohen & Mizrahi LLP
                                        *Attorney for Plaintiff*

Dated:    Brooklyn, New York
          April 11, 2019

1